IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY SINGLETON,

    Petitioner,

-vs-

JEFFREY S. WALTON
*Warden USP Marion*,

    Respondent.                    No. 14-cv-288-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on June 17, 2014 (Doc.22), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

                    JUSTINE FLANAGAN,
                    ACTING CLERK OF COURT


                    BY:  s/*Caitlin Fischer*
                          **Deputy Clerk**

**DATED:** June 17, 2014

Digitally signed by David R. Herndon
Date: 2014.06.17 13:01:28 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**